FILED

NOV 18 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

FULL FEDERAL FILING PACKET

==============================

I. FEDERAL CIVIL COMPLAINT

3:25-cv-02090-DWD

--------------------------

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

EAST ST. LOUIS DIVISION

Robert A. Sumner Jr., Plaintiff,

v.

French Village Fire Department; City of Fairview Heights; St. Clair County; Ameren Illinois; and John Does 1–20, Defendants.

COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, DUE PROCESS VIOLATIONS, DEFAMATION, RETALIATION, ILLEGAL SEIZURE OF PROPERTY, AND INTERFERENCE WITH COMMUNICATIONS UNDER 42 U.S.C. §1983

INTRODUCTION

Plaintiff brings this action for unlawful seizure and interference with private property, defamation under color of law, retaliatory misconduct, illegal utility shutoff, and phone rerouting/surveillance. Plaintiff's house and garage were built in 1940, occupied continuously, and unlawfully interfered with and sold during active litigation.

STATEMENT OF FACTS

1. House built 1940 on Lot 8; garage built 1940 on Lot 9.

2. Property tied to Zagorski v. Allstate, lasting 9 years 8 months.

3. Illegal sale of land during litigation.

4. French Village Fire Department entered and used property without due process.

5. Ameren Illinois shut off power unlawfully.

6. Plaintiff's phone calls rerouted via FirstNet, blocked or intercepted.

7. Plaintiff was falsely labeled a "terrorist" by St. Clair County Jail personnel.

8. Defendants issued backdated notices and attempted demolition.

LEGAL CLAIMS

COUNT 1: Fourth Amendment unlawful seizure.

COUNT 2: Fourteenth Amendment due process violations.

COUNT 3: Defamation under color of law.

COUNT 4: Retaliation under §1983.

COUNT 5: Illegal utility shutoff.

COUNT 6: Phone interference / surveillance.

COUNT 7: Monell liability.

PRAYER FOR RELIEF

Injunctive relief, damages, punitive damages, fees, restoration of property rights, and any further relief deemed just.

------------------------------------------

II. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

-------------------------------------------------

Plaintiff moves for immediate TRO to:

1. Stop demolition or interference with property.

2. Restore electrical power.

3. Stop any entry, seizure, or removal of property.

4. Prohibit further phone rerouting, interception, or interference.

5. Prohibit retaliation, harassment, or threat.

6. Preserve all records.

Grounds include lack of due process, imminent irreparable harm, false "terrorist" labeling, and unlawful interference.

------------------------------------------

III. MOTION FOR JUDICIAL PROTECTION & FEDERAL INVESTIGATION

-------------------------------------------------

Plaintiff requests:

- Federal oversight.

- Protection from retaliation.

- Investigation into false "terrorist" labeling.

- Investigation into phone interference.

- Halt of illegal actions by Defendants.

-------------------------------------------

## IV. MOTION TO STAY DEMOLITION

-----------------------------

Plaintiff requests an immediate stay of:

- Demolition

- Eviction

- Seizure

- Removal of property

- Any enforcement action

Grounds include backdated and fabricated documents, ongoing litigation, retaliatory actions, and constitutional violations.

-------------------------------------------

## V. AFFIDAVIT OF FACTS

----------------------

I, Robert A. Sumner Jr., declare:

1. My home and garage were built in 1940.

2. Property was part of 9-year-8-month litigation.

3. The land was sold illegally during litigation.

4. French Village FD entered and used my land without authority.

5. Ameren shut off power unlawfully.

6. My calls were intercepted, rerouted, and blocked.

7. In jail, I was told: "Your name came back as a terrorist."

8. This is false, defamatory, and retaliatory.

9. Notices regarding demolition were fabricated and backdated.

10. I request federal protection and relief.

Signed: _____

Robert A. Sumner Jr.

-------------------------------------------

VI. EXHIBIT INDEX

-------------------

Exhibit A — Photos of property (1940 structures)

Exhibit B — Ameren power shutoff documentation

Exhibit C — Phone routing logs

Exhibit D — Jail incident: false terrorist designation

Exhibit E — Backdated notices

Exhibit F — Fire Department encroachment photos

Exhibit G — FOIA documents

Exhibit H — Maps, plats, probate records

Exhibit I — Timeline of interference

-------------------------------------------

END OF PACKET